USA FEDERAL CREDIT
UNION, Respondent

v.

Katherine S. GARGES, Petitioner

No. 44 MAL 2017

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

**AND NOW,** this 6th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**